**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 LARRY BABABEKOV,

                              Plaintiff,            25 **CIVIL** 6867 (MMG)(SLC)

          -v-                                       **JUDGMENT**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 12, 2026, this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new

decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

          May 13, 2026

                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                              **BY:**

                                        _____
                                                  **Deputy Clerk**